LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
450 PACIFIC AVENUE
SAN FRANCISCO, CALIFORNIA
94133
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
SCOTT T. PRATT
TERRY ROSS
JOHN D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†

MICHELE R. FRON
ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*†
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE*
DOUGLAS R. DAVIS*†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG SANGMEISTER
MARC R. GREENBERG

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK

RICHARD L. LANDES
DAVID W. TAYLOR≠
NANCY HARRISS†
FRANCES L. KEELER

JULIE A. KOLE
DAVID D. PIPER
GLEN R. PIPER
SANDOR X. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
MELANIE L. RONEN
BENJAMIN W. WHITE
BENTLEY P. STANSBURY III
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN+
EVELYN A. CHRISTENSEN

ASHLEY YOUNG ADAMS
GARRETT R. WYNNE
JOHN COX
DAVID A. TONG
CHARLES M. BILLY
ANGELIKI J. PAPADAKIS
STEFAN PEROVICH
AILAN LIU
NICOLAS J. VIKSTROM†
SAMANTHA R. SMITH*
JAMES F. KUHNE, JR.
ANNE M. MORIARTY
NICOLE S. BUSSI
JAY S. CARLSON

* ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
‡ ADMITTED IN WASHINGTON & CALIFORNIA
§ ADMITTED IN ALASKA & CALIFORNIA
+ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
° REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY OF HONG KONG & ADMITTED IN NEW YORK
≠ SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

February 20, 2009

The Honorable Magistrate Judge
Bernard Zimmerman
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

**VIA HAND DELIVERY**

   Re: Regal Stone Limited and Fleet Management Ltd. v. Smoot, et al.
     Case No.: CV08-5096 (BZ) **FILED UNDER SEAL**
     Our File No.: 2418-229A

Dear Judge Zimmerman:

  Our firm represents Plaintiffs Regal Stone Limited and Fleet Management Ltd ("Plaintiffs") in the above referenced matter. Plaintiffs respectfully request a continuance of the Initial Case Management Conference in the above-referenced case from Monday, February 23, 2009 to Monday, June 22, 2009. Due to a calendaring issue in our office, we inadvertently failed to file a Case Management Conference Statement last week in anticipation of the Initial Case Management Conference scheduled before you on Monday February 23, 2009. Please accept our apology for our error. Plaintiffs hereby request the continuance for the following reasons:

  First, none of the defendants named in the complaint filed in this case have made an appearance. Plaintiffs cannot serve the complaint in this case on the defendants until they sign a protective order entered by Judge Susan Illston in the criminal action brought by the United Sates against Fleet Management Ltd and Captain John Cota, Case No. CR 00160. To date, none of the defendants have signed the protective order and thus, none have been served with the complaint.

LONG BEACH OFFICE
400 OCEANGATE
SUITE 650
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189

The Honorable Magistrate
Judge Bernard Zimmerman
February 20, 2009
Page 2

     Re: Regal Stone Limited and Fleet Management Ltd. v.
        Smoot, et al.
        Case No.: CV08-5096 (BZ) **FILED UNDER SEAL**
        Our File No.: 2418-229A

  Second, Plaintiffs intend to relate this case with the other civil cases arising out of the M/V COSCO BUSAN's November 7, 2007 allision with the Bay Bridge that are currently before Judge Samuel Conti.[1] However, this case was filed under seal pursuant to above-described protective order entered by Judge Illston. Until Judge Illston modifies or lifts the protective order, Plaintiffs cannot file the Notice of Related Case needed to effectuate the relation of this case to the others.

  In light of the foregoing, Plaintiffs respectfully request a continuance of this coming Monday's case management conference because none of the parties in the related cases or the named defendants will be able to participate. Plaintiffs appreciate the Court's understanding in this matter and apologize for any confusion.

                 Very truly yours,

                 Gordon C. Young
                 Attorney for Plaintiffs
                 Regal Stone Limited and
                 Fleet Management Ltd.

DAT:elv (KYL_SF474953)

---

[1] *United States v. M/V COSCO BUSAN, et al.*, CV 07-6045 (SC); *Chelsea, LLC v. Regal Stone Limited, et al.*, Case No. CV 07 05800 (SC); *The Continental Insurance Co. v. Regal Stone Limited, et al.*, Case No. CV 08 02052 (SC); *The People of the State of California v. Regal Stone Limited, et al.*, Case No. CV 08 2268 (SC); and *Regal Stone Limited, et al. v. John J. Cota, The San Francisco Bar Pilot's Association, et al.*, Case No. CV 08 5098 (SC)