```
 1  JOSEPH A. WALSH II, CASB No. 143694
    joe.walsh@kyl.com
 2  GORDON C. YOUNG, CASB No. 158100
    gordon.young@kyl.com
 3  JOHN COX, CASB No. 197687
    john.cox@kyl.com
 4  DAVID A. TONG, CASB No. 238971
    david.tong@kyl.com
 5  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 6  400 Oceangate, P.O. Box 1730
    Long Beach, California 90801-1730
 7  Telephone:    (562) 436-2000
    Facsimile:    (562) 436-7416
 8
    Attorneys for Plaintiffs
 9  REGAL STONE LIMITED and FLEET MANAGEMENT LTD
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL STONE LTD. and FLEET MANAGEMENT LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> ALAN F. SMOOT, CHARLES CALZA, EUGENE BELOGORSKY, PATTY TUCKER, AND NORTH BAY SLEEP MEDICINE INSTITUTE, INC., <br><br> Defendants. | Case No. CV 08 5096 (BZ) <br><br> [PROPOSED] ORDER VACATING SEPTEMBER 25, 2009 CASE MANAGEMENT CONFERENCE AND RELATED DATES |

Based upon stipulation of the Parties, and good cause appearing therefore, the September 25, 2009 Case Management Conference and September 18, 2009 filing deadline for the Case Management Statement are hereby vacated pending this court's ruling on Plaintiffs' motion to consolidate this case with Case Nos. C09-01469(SC), CV 07 05800 (SC), C 07 06045 (SC), CV 08 02052 (SC), CV 08 2268 (SC), and CV 08 5098 (SC) for pretrial and discovery purposes (the "Motion"). If this court grants the Motion, the September 25, 2009 Case Management Conference and

1  September 18, 2009 filing deadline for the Case Management Statement will be unnecessary and
2  duplicative as the parties will participate in the coordinated discovery contemplated in the
3  Consolidated Cases.  If this court denies the Motion, then new dates for the Case Management
4  Conference and deadline for submitting a joint Case Management Statement will be selected by this
5  Court after the September 25, 2009 hearing on the Motion or at any other time this court chooses to do
6  so.

7
8           **IT IS SO ORDERED**.
9
10
11  DATED: _____September 3_____, 2009
12                                                   
13                                            HONORABLE
14                                            UNITED STATES DISTRICT JUDGE
15
16
17
...
28