JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
GORDON C. YOUNG, CASB No. 158100
gordon.young@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
DAVID A. TONG, CASB No. 238971
david.tong@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Plaintiffs
REGAL STONE LIMITED and FLEET MANAGEMENT LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL STONE LTD. and FLEET MANAGEMENT LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> ALAN F. SMOOT, CHARLES CALZA, EUGENE BELOGORSKY, PATTY TUCKER, AND NORTH BAY SLEEP MEDICINE INSTITUTE, INC., <br><br> Defendants. | Case No. CV 08 5096 (SC) <br><br> **Related Cases: CV 07 05800 (SC); CV 07 06045 (SC); CV 08 02052 (SC); CV 08 02268 (SC); CV 08 05098 (SC)** <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS EUGENE BELOGORSKY, PATTY TUCKER AND NORTH BAY SLEEP MEDICINE INSTITUTE** <br><br> F.R.C.P. 41(a)(1)(A)(ii) |

///

///

- 1 -

STIP. TO DISMISS W/ PREJ. ALL CLAIMS AGAINST DEFTS. BELOGORSKY, TUCKER AND NORTH BAY SLEEP MEDICINE INSTITUTE. F.R.C.P. 41(a)(1)(A)(ii); Case No. CV 08 5096 (SC)

Plaintiffs REGAL STONE LIMITED and FLEET MANAGEMENT LTD ("Plaintiffs"), and Defendants EUGENE BELOGORSKY, PATTY TUCKER and NORTH BAY SLEEP MEDICINE INSTITUTE ("Defendants")(collectively, the "Parties"), via their respective counsels of record, hereby stipulate and agree to a dismissal of the entire action, including all claims against Defendants, with prejudice, each party to bear its own costs and attorneys' fees.  This Stipulation is based on a settlement among the Parties.

Furthermore, this Stipulation is appropriate under Rule 41(A)(1)(a)(ii) because Plaintiffs' claims against the other named defendants in this action have been dismissed with prejudice by separate orders of this Court.  Plaintiffs' claims against Defendant CHARLES CALZA were dismissed with prejudice by this Court on October 21, 2010 (ECF 56) and Plaintiffs' claims against Defendant ALAN SMOOT were dismissed with prejudice by this Court on November 10, 2010 (ECF 57).  Therefore, this Stipulation is between all of the remaining parties who have made an appearance in this case.

**IT IS SO STIPULATED.**

DATED:  January 4, 2011                    /s/ David A. Tong
                                           JOSEPH A. WALSH II
                                           GORDON C. YOUNG
                                           JOHN COX
                                           DAVID A. TONG
                                           KEESAL, YOUNG & LOGAN
                                           Attorneys for Plaintiffs
                                           REGAL STONE LIMITED and FLEET
                                           MANAGEMENT LTD

DATED:  January 4, 2011                    /s/ John A. Etchevers
                                           JOHN A. ETCHEVERS
                                           HASSARD BONNINGTON LLP
                                           Attorneys for Defendants
                                           EUGENE BELOGORSKY, PATTY TUCKER
                                           and NORTH BAY SLEEP MEDICINE
                                           INSTITUTE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

STIP. TO DISMISS W/ PREJ. ALL CLAIMS AGAINST DEFTS. BELOGORSKY, TUCKER AND NORTH BAY SLEEP MEDICINE INSTITUTE. F.R.C.P. 41(a)(1)(A)(ii); Case No. CV 08 5096 (SC)